UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUN KE,

                    Petitioner,

  -against-

LEONARD PORTUNONDO,
Supt., Shawangunk Correctional Facility

                    Respondent.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 6756 (ERK)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 20 2007 ★
BROOKLYN OFFICE

An Order of Honorable Edward R. Korman, United States District Judge, having been filed on July 18, 2007, dismissing the petition for a writ of habeas corpus; and denying a Certificate of Appealability; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is dismissed; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
       July 18, 2007

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court